127 F.3d 1095
 Kenneth Edmunson
v.
Donald Savko, Pittsburgh Police Officer (I.D. #3540),
Bickerstaff, Pittsburgh Police Officer (I.D. #3154), Hanlon,
Detention Officer, Public Safety Building, Public Safety
Bldg., Detention Officer John Doe, Previously Identified as
Horner, D. Hoerner, Bernie Donlansky, as then Manager of
Lazarus Department Store, City of Pittsburgh, Chief of
Police, City of Pittsburgh, Administrative and Investigative
Capacities
 NO. 97-3125
 United States Court of Appeals,
Third Circuit.
 Aug 26, 1997
 
 Appeal From: W.D.Pa. ,No.96cv00123 ,
 Diamond, J.
 
 
 1
 Affirmed.